# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| THOMAS R. DOMAN, JR., AS ADMINISTRATOR OF THE ESTATE OF ROCK A. DOMAN, DECEASED, | : | No. 482 WAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ATLAS AMERICA, INC. (DE.), ATLAS ENERGY RESOURCES, LLC, ATLAS RESOURCES, LLC, SUCCESSOR IN INTEREST TO ATLAS RESOURCES, INC., ATLAS AMERICA, LLC, SUCCESSOR IN INTEREST TO ATLAS AMERICA, INC. (PA.) ATLAS ENERGY, INC., SUCCESSOR IN INTEREST TO ATLAS AMERICA, INC. (DE.) AND ATLAS ENERGY RESOURCES, LLC, ATLAS ENERGY OPERATING COMPANY LLC AND ATLAS ENERGY FINANCE CORPORATION, | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.